1  MARC S. HINES (SBN 140065)
   mhines@hinessmith.com
2  MICHELLE L. CARDER (SBN 174481)
   mcarder@hinessmith.com
3  NICOLE HAMPTON (SBN 189024)
   nhampton@hinessmith.com
4  **HINES SMITH CARDER DINCEL**
   3090 Bristol Street, Suite 300
5  Costa Mesa, California 92626
   Tel.: (714) 513-1122
6  Fax: (714) 513-1123

7  Counsel for Defendants,
   **ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY** and **AMCO**
8  **INSURANCE COMPANY**

9  JERRALD K. PICKERING, II (SBN 105253)
   jerry.plc@scglobal.net
10 **PICKERING LAW CORPORATION**
   1915 Placer Street
11 Redding, CA 96001
   Tel: (530) 241-5811
12 Fax: (530) 241-3145

13 Counsel for Plaintiff,
   **HARINDERPAL AHLUWALIA dba WALIA'S COUNTRY MARKET**
14

15           **THE UNITED STATES DISTRICT COURT**

16        **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| 17  HARINDERPAL AHLUWALIA dba WALIA'S COUNTRY MARKET, | CASE NO. 2:10-CV-00712-MCE-JFM |
| 18 | |
| 19           Plaintiff, | **ORDER TO AMEND THE PRETRIAL SCHEDULING ORDER TO CONTINUE DISCOVERY CUT-OFF AND EXPERT WITNESS DISCLOSURE DATES** |
| 20  vs. | |
| 21  ALLIED PROPERTY AND CASUALTY INSURANCE, AMCO INSURANCE COMPANY, and DOES 1 through 10, inclusive, | [FRCP 6, 16 and 29] |
| 22 | *[Proposed Order Filed Concurrently Herewith]* |
| 23           Defendants. | |
| 24 | Discovery Cut-Off: July 28, 2011 |
| 25 | Expert Disclosure: September 28, 2011 Trial Date: May 29, 2012 |

26 ///

27 ///

28 ///

1  **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the
2  Pretrial Scheduling Order is amended as follows:

      (1)    The non-expert discovery cut-off date is hereby continued to October 30, 2011; and,

      (2)    The expert witness disclosure date is continued to October 30, 2011.

**IT IS SO ORDERED.**

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE