**JERRALD K. PICKERING, II, SBN: 105253**
PICKERING LAW CORPORATION
1915 Placer Street, Redding, CA 96001
P.O. Box 992200, Redding, CA 96099-2200
(530) 241-5811
(530) 241-3145 (Facsimile)
E-Mail: jerry.plc@sbcglobal.net

Attorneys for Plaintiff
Harinderpal Ahluwalia
dba Walia's Country Market

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| HARINDERPAL AHLUWALIA dba WALIA'S COUNTRY MARKET, <br><br> Plaintiff(s), <br><br> v. <br><br> ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY, and DOES 1 through 10, inclusive, <br><br> Defendant(s). | CASE NO: 2:10-CV-00712-MCE-JFM <br><br> **STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, Plaintiff, HARINDERPAL AHLUWALIA dba WALIA'S COUNTRY MARKET, represented by the Pickering Law Corporation, JERRALD K. PICKERING, II; and Defendant, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, represented by, Hines Smith Carder, LLP, MARC HINES and NICOLE HAMPTON, as follows:

## RECITALS

A.  The parties have been diligently conducting discovery including depositions and exchange of documents;

B.  The parties are still conducting discovery including additional depositions, exchange of documents, etc.;

    C.    Plaintiff is in the process of producing an additional large volume of documents to defendants, which documents will have to be shipped to defendants' experts in San Francisco, California for review and plaintiff is in the process of doing that;

    D.    The parties anticipate further depositions including expert depositions; and

    E.    The parties agree to amend the Court's scheduling conference order as set forth below with the Court's permission.

**THEREFORE, IT IS STIPULATED** by and between the parties, by and through counsel:

1. The above Recitals are incorporated by reference herein.
2. The settlement conference and trial dates remain the same.
3. The scheduling conference order is amended with new dates as follows:

    Expert Witness Disclosure – December 15, 2011;

    Expert Depositions completed – January 15, 2012;

    Plaintiff's Opposition to Defendants' Motion for Summary Judgment – February 1, 2012;

    Defendants' Reply to Plaintiff's Opposition – February 15, 2012;

    Hearing on Defendants' Motion for Summary Judgment – February 23, 2012.

4. The hearing on defendants' motion for summary judgment is rescheduled as set forth above.
5. Plaintiff will not be filing a cross-motion for summary judgment.

**APPROVED AS TO FORM AND CONTENT:**

Dated:                              PICKERING LAW CORPORATION

                                        /S/

                                  Jerrald K. Pickering, II, Attorneys for Plaintiff, Harinderpal Ahluwalia dba Walia's Country Market

Dated:                                    HINES SMITH CARDER, LLP

                                          /S/

                                          _____
                                          Marc S Hines, Attorneys for Defendants,
                                          Allied Property & Casualty Insurance Company
                                          and AMCO Insurance Company

## ORDER

Based upon the foregoing Stipulation of the parties,

**IT IS SO ORDERED.**

Dated:  November 30, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE BY MAIL
### [CCP Section 1013(a)]

Re:   Harinderpal Ahluwalia vs. Allied Property & Casualty Ins. Co., et al.
       Shasta County Superior Court Case Number 09CV1160

   Declarant states:  I am over the age of 18 years and not a party to the within action.  I am employed by the Pickering Law Corporation, 1915 Placer Street, P.O. Box 992200, Redding, CA 96099-2200.

   On this date I served the following document(s) listed below:

### STIPULATION

on the interested parties in this matter by  placing a true and correct copy thereof in a sealed envelope addressed as follows:

Marc S. Hines
HINES SMITH CARDER DINCEL BLAND
3090 Bristol Street, Suite 300
Costa Mesa, CA 92626
(714) 513-1122 (Phone)
(714) 513-1123 (Fax)
mhines@hinessmith.com

☐   By First Class Mail    I am readily familiar with this firms practice for collection and processing of correspondence and documents for mailing with the United States Postal Service.  It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing.  A true and correct copy of the above-described document was placed by me in an envelope addressed to the person at the address set forth above, then sealed, postage pre-paid and following ordinary business practices, placed for collection and mailing on this date with the United States Postal Service at its Redding, California facility.

☐   By Personal Service: By personally delivering a true and correct copy thereof in a sealed envelope.

☐   Facsimile Transmission  I served the documents in this matter via facsimile transmission.

☐   By Overnight Delivery I served the documents in this matter via Federal Express overnight delivery.

☐   State Court:  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that service was made under the direction of an active member of the State Bar of California and who is not a party to the cause.

☒   Federal Court:  I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the cause.

   Executed on November 30, 2011 at Redding, California.

                                                                   Aletia Thompson