UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HARINDERPAL AHLUWALI, DBA          No. 2:10-cv-00712-MCE-JFM
WALIA'S COUNTRY MARKET,

       Plaintiff,

    v.                                 <u>ORDER CONTINUING TRIAL</u>

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY, ET AL.,

       Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the May 29, 2012 jury trial is vacated and continued to **March 4, 2013**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **December 27, 2012.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the April 5, 2012 Final Pretrial Conference is vacated and continued to **January 10, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **December 20, 2012** and shall comply with the procedures outlined in the Court's November 30, 2011 Pretrial Scheduling Order.

1

1  The personal appearances of the trial attorneys or person(s) in

2  pro se is mandatory for the Final Pretrial Conference.

3  Telephonic appearances for this hearing are not permitted.

4       Any evidentiary or procedural motions are to be filed by

5  **December 20, 2012.**  Oppositions must be filed by **December 27,**

6  **2012** and any reply must be filed by **January 3, 2013.**  The motions

7  will be heard by the Court at the same time as the Final Pretrial

8  Conference.

9       All other due dates set forth in the Court's November 30,

10 2011 Order (ECF No. 19) are confirmed.

11      IT IS SO ORDERED.

12
   Dated: December 28, 2011

13

14  _____

15  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28