UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HARINDERPAL AHLUWALI, DBA
WALIA'S COUNTRY MARKET,

       Plaintiff,

   v.

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY, ET AL.,

       Defendants.
_____/

No. 2:10-cv-00712-MCE-JFM

ORDER CONTINUING TRIAL

    YOU ARE HEREBY NOTIFIED the May 29, 2012 jury trial is vacated and continued to **March 4, 2013,** at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **December 27, 2012.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the April 5, 2012 Final Pretrial Conference is vacated and continued to **January 10, 2013,** at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **December 20, 2012** and shall comply with the procedures outlined in the Court's November 30, 2011 Pretrial Scheduling Order.

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

   Any evidentiary or procedural motions are to be filed by **December 20, 2012**. Oppositions must be filed by **December 27, 2012** and any reply must be filed by **January 3, 2013**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

   All other due dates set forth in the Court's November 30, 2011 Order (ECF No. 19) are confirmed.

   IT IS SO ORDERED.

Dated: December 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2