1 **JERRALD K. PICKERING, II, SBN: 105253**
PICKERING LAW CORPORATION
2 1915 Placer Street, Redding, CA 96001
P.O. Box 992200, Redding, CA 96099-2200
3 (530) 241-5811
(530) 241-3145 (Facsimile)
4 E-Mail: jerry.plc@sbcglobal.net

Attorneys for Plaintiff
Harinderpal Ahluwalia
dba Walia's Country Market

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| HARINDERPAL AHLUWALIA dba WALIA'S COUNTRY MARKET,<br><br>Plaintiff(s),<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br>AMCO INSURANCE COMPANY,<br>and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CASE NO: 2:10-CV-00712-MCE-JFM<br><br>**STIPULATION TO AMEND SCHEDULING ORDER; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, Plaintiff, HARINDERPAL AHLUWALIA dba WALIA'S COUNTRY MARKET, represented by the Pickering Law Corporation, JERRALD K. PICKERING, II; and Defendants, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY and AMCO INSURANCE COMPANY, represented by, Hines Carder, LLP, MARC HINES and NICOLE HAMPTON, as follows:

### RECITALS

    A.    The parties have been diligently conducting discovery including depositions and exchange of documents;

    B.    The parties are still conducting discovery including additional depositions, exchange of documents, etc.;

    C.    The Court issued its Order Continuing Trial, continuing certain dates and continuing the trial to March 4, 2013, which Order is incorporated by reference;

    D.    The parties anticipate further depositions, including expert depositions;

    E.    Counsel previously wrote to the Court on February 6, 2012 concerning the hearing on the Motion for Summary Judgment; and

    F.    The parties agree to revise dates as set forth below with the Court's permission.

**THEREFORE, IT IS STIPULATED** by and between the parties, by and through counsel:

1. The above Recitals are incorporated by reference herein.
2. The settlement conference, other dates, and trial date remain the same as in the Court's most recent Order;
3. The Scheduling Conference Order is amended with new dates as follows:

    Opposition to Motion for Summary Judgment – March 2, 2012;

    Reply to Opposition to Motion for Summary Judgment – March 16, 2012;

    Hearing on Motion for Summary Judgment – March 23, 2012;

    Discovery Cut Off – June 22, 2012;

    Initial Expert Witness Disclosure – July 27, 2012; and

    Supplemental Expert Witness Disclosure – August 17, 2012.

4. The Stipulation can be submitted with electronic signatures.

**APPROVED AS TO FORM AND CONTENT:**

Dated: February 16, 2012        PICKERING LAW CORPORATION

/s/
Jerrald K. Pickering, II, Attorneys for Plaintiff,
Harinderpal Ahluwalia
dba Walia's Country Market

///

///

1 | Dated: February 16, 2012                                    HINES CARDER, LLP

/s/
Nicole Hampton, Attorneys for Defendants,
Allied Property & Casualty Insurance Company
and AMCO Insurance Company

# ORDER

Based upon the foregoing Stipulation of the parties,

**IT IS SO ORDERED.**

Dated: February 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE